# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:08cv19

| | |
|---|---|
| ANCHOR ASSOCIATES, LLC, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| SCW HOLDINGS, LLC; SPEEDWAY ) | |
| CARWASH CORP., LLC; SPEEDWAY ) | |
| CARWASH HOLDING CO., CW #1, ) | |
| LLC; WEINTURA, LLC; and STEVE ) | |
| FISHMAN, individually, ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the court on periodic status review. Review of the pleadings reveals that issues joined in this case on June 22, 2009, when replies to counterclaims were filed. See L.Cv.R. 16.1(D). Thus, an IAC was to be conducted within 14 days and a CIAC filed within 5 days thereof. L.Cv.R. 16.1. The CIAC is now more than 60 days past due, which the court will assess when entering a Pretrial Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties conduct an IAC and file their CIAC not later than September 18, 2009.

-1-

Signed: September 10, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge